| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b) <br><br> Kevin G. McDonald <br> KML LAW GROUP, P.C. <br> 216 Haddon Avenue, Ste. 406 <br> Westmont, NJ 08108 <br> Toyota Least  Trust |
| In Re: <br>      Perez-Silvestry, Margarita Aurea |

**Order Filed on October 9, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:   17-17363
Chapter     13
Judge:      Michael B. Kaplan

# ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 9, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

[Type text]

Upon the motion of <u>Toyota Least Trust</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

- ■ Real Property More Fully Described as:

    **2016 Toyota Corolla, VIN: 2T1BURHE1GC687233,**

- ☐ Personal Property More Fully Describes as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Margarita Aurea Perez-Silvestry
    Debtor

Case No. 17-17363-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Oct 09, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2019.
db          +Margarita Aurea Perez-Silvestry,    742 Pine Drive,    Brick, NJ 08723-4243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
        Edward   Hanratty    on behalf of Debtor Margarita Aurea Perez-Silvestry
        thanratty@centralnewjerseybankruptcylawyer.com, aaguirre@centralnewjerseybankruptcylawyer.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Least Trust kmcdonald@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Melissa N. Licker    on behalf of Creditor    Freedom Mortgage Corporation
        NJ_ECF_Notices@mccalla.com
        Robert P. Saltzman    on behalf of Creditor    Freedom Mortgage Corporation dnj@pbslaw.org
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.    on behalf of Debtor Margarita Aurea Perez-Silvestry bkwoliver@aol.com,
        R59915@notify.bestcase.com
                                                                                                                                                           TOTAL: 7