| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Margarita Aurea Perez–Silvestry | Social Security number or ITIN    xxx–xx–4065 |
| | First Name    Middle Name    Last Name | EIN    __–_____ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____ EIN    __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–17363–MBK | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Margarita Aurea Perez–Silvestry

   12/6/19                                                      **By the court:** Michael B. Kaplan
                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

  ♦ debts that are domestic support obligations;

  ♦ debts for most student loans;

  ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 17-17363-MBK
Margarita Aurea Perez-Silvestry                                     Chapter 13
         Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin               Page 1 of 2         Date Rcvd: Dec 06, 2019
                             Form ID: 3180W            Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2019.
db           +Margarita Aurea Perez-Silvestry,    742 Pine Drive,   Brick, NJ 08723-4243
sp           +Edward Hanratty,    Tomes & Hanratty, PC,   1 West Main St.,    3rd Floor,
                Freehold, NJ 07728-2209
516762147    +Freedom Mortgage Corp,    Attn: Bankruptcy,   Po Box 489,    Mt Laurel, NJ 08054-0489
516956626    +Freedom Mortgage Corporation,    ATTN: Bankruptcy Department,    10500 Kincaid Drive,
                Fishers, IN 46037-9764
516762151    +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                Mount Laurel, NJ 08054-7269
516762153    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Department of the Treasury,
                Division of Taxation,   P.O. Box 245,    Trenton, NJ 08695-0187)
516762152     Santander Bank N.a.,    Po Box 841002-ma1-mb3-01,    Boston, MA 02884
516785898    +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
516780582     Wells Fargo Bank, N.A. Wells Fargo Personal Lines,    PO Box 10438, MAC F8235-02F,
                Des Moines IA 50306-0438
516762156    +Zwicker & Associates,    1105 Laurel Oak Road,    Voorhees, NJ 08043-4312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 07 2019 01:28:57     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 07 2019 01:28:54     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516909784     EDI: BECKLEE.COM Dec 07 2019 05:48:00      American Express Centurion Bank,
                c/o Becket and Lee LLP,   PO Box 3001,   Malvern PA 19355-0701
516762140    +EDI: AMEREXPR.COM Dec 07 2019 05:48:00      Amex,   Correspondence,   Po Box 981540,
                El Paso, TX 79998-1540
516922098     E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 07 2019 01:33:29
                CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,   PO Box 10368,
                Greenville, SC 29603-0368
516762141    +EDI: CAPITALONE.COM Dec 07 2019 05:48:00      Capital One,
                Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
516886710     EDI: CAPITALONE.COM Dec 07 2019 05:48:00      Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
516949048     EDI: BL-BECKET.COM Dec 07 2019 05:48:00      Capital One, N.A.,   c/o Becket and Lee LLP,
                PO Box 3001,   Malvern PA 19355-0701
516762142    +E-mail/PDF: MerrickBKNotifications@Resurgent.com Dec 07 2019 01:33:58     Cardworks/CW Nexus,
                Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
516762143    +EDI: CHASE.COM Dec 07 2019 05:48:00      Chase Card,   Attn: Correspondence Dept,   Po Box 15298,
                Wilmington, DE 19850-5298
516762144    +E-mail/PDF: creditonebknotifications@resurgent.com Dec 07 2019 01:33:33     Credit One Bank Na,
                Po Box 98873,   Las Vegas, NV 89193-8873
516770868     EDI: DISCOVER.COM Dec 07 2019 05:48:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH  43054-3025
516762145    +EDI: DISCOVER.COM Dec 07 2019 05:48:00      Discover Financial,   Po Box 3025,
                New Albany, OH 43054-3025
516762146    +E-mail/Text: fggbanko@fgny.com Dec 07 2019 01:28:02     Foster, Garbus & Garbus,
                7 Banta Place,   Hackensack, NJ 07601-5604
516774815     EDI: IRS.COM Dec 07 2019 05:48:00      Internal Revenue Service,   P.O. Box 7346,
                Philadelphia, PA 19101-7346
516762149    +E-mail/Text: bncnotices@becket-lee.com Dec 07 2019 01:28:16     Kohls/Capital One,
                Kohls Credit,   Po Box 3043,   Milwaukee, WI 53201-3043
516762150    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:50:03     LVNV Funding,
                Po Box 10497,   Greenville, SC 29603-0497
517046947     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:34:53
                LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                Greenville, SC 29603-0675
516922148     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2019 01:50:03
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
516762154     EDI: TFSR.COM Dec 07 2019 05:48:00      Toyota Motor Credit Co,   Po Box 8026,
                Cedar Rapids, IA 52408
516762155    +EDI: WFFC.COM Dec 07 2019 05:48:00      Wells Fargo Bank,   Attn: Bankruptcy,   Po Box 94435,
                Albuquerque, NM 87199-4435
                                                                                              TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Dec 06, 2019
                              Form ID: 3180W           Total Noticed: 31

cr*           +Freedom Mortgage Corporation,   Attention: Bankruptcy Department,    10500 Kincaid Drive,
               Fishers, IN 46037-9764
516762148*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:  Internal Revenue Service,   Special Procedures,   Bankruptcy Section,
               P.O. Box 724,   Springfield, NJ 07081)
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Edward   Hanratty    on behalf of Debtor Margarita Aurea Perez-Silvestry
               thanratty@centralnewjerseybankruptcylawyer.com,  aaguirre@centralnewjerseybankruptcylawyer.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Least Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Melissa N. Licker    on behalf of Creditor    Freedom Mortgage Corporation
               NJ_ECF_Notices@mccalla.com
              Robert P. Saltzman    on behalf of Creditor    Freedom Mortgage Corporation dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Margarita Aurea Perez-Silvestry bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 7
```